DONALD P. EDMUNDS v. PHYLLIS M. EDMUNDS

No. 23A09

(Filed 11 December 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 669 S.E.2d 874 (2008), affirming in part, reversing in part, and remanding an order entered 31 August 2007 as amended 29 January 2008, both by Judge Nancy C. Phillips in District Court, Columbus County. Heard in the Supreme Court 16 November 2009.

*The McGougan Law Firm, by Paul J. Ekster and Dennis T. Worley, for plaintiff-appellee.*

*The Odom Firm, PLLC, by Thomas L. Odom, Jr. and David W. Murray; and Williamson, Walton & Scott, LLP, by Benton H. Walton, III and C. Martin Scott, II, for defendant-appellant.*

PER CURIAM.

AFFIRMED.